UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BARBARA IRWIN, on Behalf of Herself and All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>JIMMY JOHN'S FRANCHISE, LLC, *et. al*,<br><br>*Defendants.* | Case No. 2:14-CV-02275-HAB-DGB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), this Stipulation of Dismissal is hereby entered into by and between Plaintiff Barbara Irwin and Defendants Jimmy John's Franchise, LLC and Jimmy John's Enterprises, LLC as follows:

WHEREAS, Plaintiff initiated the above-captioned action on November 6, 2014;

WHEREAS, Plaintiff filed an Amended Complaint on July 31, 2015;

WHEREAS, Defendants answered Plaintiff's First Amended Complaint on April 19, 2016;

WHEREAS, no other parties are named in the First Amended Complaint, have been served, or have appeared; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to certain exceptions inapplicable here, a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared in the action,

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice;

2. Each Party shall bear its own costs and fees, taxable or otherwise; and

3. Neither Party shall be deemed a "prevailing party" within the meaning of Federal Rule of Civil Procedure 54.

Barbara Irwin, Plaintiff

Jimmy John's Franchise LLC and Jimmy John's Enterprises LLC, Defendants

BY: /s/ Matthew T. Hurst

Matthew T. Hurst, Esq.
HEFFNER HURST
30 North LaSalle Street, 12th Floor
Chicago, Illinois 60602
Telephone: (312) 346-3466
Facsimile: (312) 346-2829
mhurst@heffnerhurst.com

BY: /s/ Robert J. Kriss

Robert J. Kriss, Bar Number 3121556
Rebecca M. Klein, Bar Number 6307927
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
rkriss@mayerbrown.com
rklein@mayerbrown.com